NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Litigation Counsel, National Security Division
JAMES C. HUGHES (Cal. Bar No. 263878)
Assistant United States Attorney
Tax Division
MELANIE SARTORIS (Cal. Bar No. 217560)
WILLIAM M. ROLLINS (Cal. Bar No. 287007)
Assistant United States Attorneys
Terrorism and Export Crimes Section
KHALDOUN SHOBAKI (Cal. Bar No. 232864)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:    (213) 894-7280/5615/7407/0759
     Facsimile:    (213) 894-2927
     E-mail:    judith.heinz@usdoj.gov
                james.hughes2@usdoj.gov
                melanie.sartoris@usdoj.gov
                william.rollins@usdoj.gov
                khaldoun.shobaki@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-50(B)-JAK |
|---|---|
| Plaintiff, | GOVERNMENT'S STATUS REPORT REGARDING PROPOSED VOIR DIRE QUESTIONS AND PROPOSED VERDICT FORM |
| v. | |
| YI-CHI SHIH, aka "Yichi Shih," aka "Yuqi Shi," et al, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of

California and Assistant United States Attorneys Judith A. Heinz, James C. Hughes, Melanie Sartoris, William M. Rollins, and Khaldoun Shobaki, hereby provides the following status update regarding the government's proposed voir dire questions and the government's proposed verdict form.

### Proposed Voir Dire

The government respectfully gives notice that it does not intend to submit any additional preliminary juror questions. As the Court has indicated its intention to use a jury questionnaire to assist in the juror selection process, the government previously included all suggested preliminary questions in its proposed questionnaire. (Dkt. 371-4, Ex. C). The government does not believe any additional preliminary questions are necessary to assist in the selection process.

### Proposed Verdict Form

The government respectfully gives notice that it does not believe it can formulate a useful jury verdict form at this time. The parties have submitted disputed jury instructions regarding matters that have the potential to impact the content of any verdict form to be used at trial. Accordingly, the government believes that a proposed verdict form would be premature at this time. The government intends to file a proposed verdict form with the Court in a timely fashion after the Court rules on the parties' disputed jury instructions.

```
Dated: April 11, 2019            Respectfully submitted,

                                 NICOLA T. HANNA
                                 United States Attorney

                                 PATRICK R. FITZGERALD
                                 Assistant United States Attorney
                                 Chief, National Security Division

                                 /s/  James C. Hughes
                                 _____
                                 JUDITH A. HEINZ
                                 JAMES C. HUGHES
                                 MELANIE SARTORIS
                                 WILLIAM M. ROLLINS
                                 KHALDOUN SHOBAKI
                                 Assistant United States Attorneys

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA
```