NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Litigation Counsel, National Security Division
JAMES C. HUGHES (Cal. Bar No. 263878)
Assistant United States Attorney
Tax Division
MELANIE SARTORIS (Cal. Bar No. 217560)
WILLIAM M. ROLLINS (Cal. Bar No. 287007)
Assistant United States Attorneys
Terrorism and Export Crimes Section
KHALDOUN SHOBAKI (Cal. Bar No. 232864)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:    (213) 894-7280/4961/5615/7407/0759
     Facsimile:    (213) 894-2927
     E-mail:    judith.heinz@usdoj.gov
                james.hughes@usdoj.gov
                melanie.sartoris@usdoj.gov
                william.rollins@usdoj.gov
                khaldoun.shobaki@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>YI-CHI SHIH, et al.,<br><br>          Defendants. | No. CR 18-50(B)-JAK<br><br>**STIPULATION REGARDING DEFENDANT YI-CHI SHIH'S E-MAIL ACCOUNTS**<br><br>Trial Date: May 15, 2019<br>Trial Time: 9:00 a.m.<br>Location:   Courtroom of the Hon.<br>            John A. Kronstadt |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Judith A. Heinz,

1 James C. Hughes, William M. Rollins, Melanie Sartoris, and Khaldoun
2 Shobaki, and defendant Yi-Chi Shih, individually and by and through
3 his counsel of record, James W. Spertus, John Hanusz, and Christa L.
4 Culver Wasserman, hereby stipulate as follows:
5     Defendant Yi-Chi Shih was the subscriber and the user of the
6 following e-mail accounts:
7     yichishih@gmail.com
8     yichishih@hotmail.com
9     yichishih@yahoo.com
10     shibsh@rml138.com
11 \\
12 \\
13 \\
14 \\
15 \\
16 \\
17 \\
18 \\
19 \\
20 \\
21 \\
22 \\
23 \\
24 \\
25 \\
26 \\
27 \\
28 \\

```
 1
 2        Pursuant to this stipulation, the parties agree that any and all
 3   e-mails sent from, or received at, these email accounts may be
 4   admitted into evidence, subject to non-foundational objections, i.e.,
 5   all objections other than authentication, identification, and chain
 6   of custody.
 7        IT IS SO STIPULATED.
 8   Dated: MAY 15, 2019           Respectfully submitted,
 9                                  NICOLA T. HANNA
                                    United States Attorney
10
                                    PATRICK R. FITZGERALD
11                                  Assistant United States Attorney
                                    Chief, National Security Division
12
13                                  _____
                                    JUDITH A. HEINZ
14                                  JAMES C. HUGHES
                                    WILLIAM M. ROLLINS
15                                  MELANIE SARTORIS
                                    KHALDOUN SHOBAKI
16                                  Assistant United States Attorneys
17                                  Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA
18
19   Dated: May 15, 2019
20                                  _____
                                    YI-CHI SHIH
21                                  Defendant
22   Dated: MAY 15, 2019
23
                                    _____
24                                  JAMES W. SPERTUS
                                    JOHN HANUSZ
25                                  CHRISTA L. CULVER WASSERMAN
                                    Spertus, Landes & Umhofer, LLP
26
                                    Attorneys for Defendant
27                                  YI-CHI SHIH
28
```