NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Litigation Counsel, National Security Division
JAMES C. HUGHES (Cal. Bar No. 263878)
Assistant United States Attorney
Tax Division
MELANIE SARTORIS (Cal. Bar No. 217560)
WILLIAM M. ROLLINS (Cal. Bar No. 287007)
Assistant United States Attorneys
Terrorism and Export Crimes Section
KHALDOUN SHOBAKI (Cal. Bar No. 232864)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:    (213) 894-7280/4961/5615/7407/0759
    Facsimile:    (213) 894-2927
    E-mail:   judith.heinz@usdoj.gov
              james.hughes@usdoj.gov
              melanie.sartoris@usdoj.gov
              william.rollins@usdoj.gov
              khaldoun.shobaki@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-50(B)-JAK |
|---|---|
| Plaintiff, | **STIPULATION REGARDING DEFENDANT YI-CHI SHIH'S DIGITAL DEVICES** |
| v. | Trial Date: May 15, 2019 |
| YI-CHI SHIH, et al., | Trial Time: 9:00 a.m. |
| Defendants. | Location: Courtroom of the Hon. John A. Kronstadt |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Judith A. Heinz,

1 James C. Hughes, William M. Rollins, Melanie Sartoris, and Khaldoun
2 Shobaki, and defendant Yi-Chi Shih, individually and by and through
3 his counsel of record, James W. Spertus, John Hanusz, and Christa L.
4 Culver Wasserman, hereby stipulate as follows:
5     Defendant Yi-Chi Shih was the owner and user of the following
6 digital devices:
7     (1) A Toshiba Satellite Laptop (Serial #YP154789C), further
8         identified as FBI Item 1B68, ORC028239, 18-006-03A;
9     (2) A Seagate/FreeAgent Go Flex hard drive, further identified
10         as FBI Item 1B68, ORC028240, 18-006-03A_1;
11     (3) Kingston thumb drive, further identified as FBI Item 1B68,
12         ORC028241, 18-006-03A_2;
13     (4) Miscellaneous thumb drive, further identified as FBI Item
14         1B68, ORC028242, 18-006-03A_3;
15     (5) A Sony PCV-RX660, further identified as FBI Item 1B74,
16         ORC028246, 18-006-03A_6;
17     (6) A Dell Inspiron 530S tower computer, further identified as
18         FBI Item 1B70, ORC028247, 18-006-03A_7;
19     (7) A Compaq Presario desktop tower computer, further
20         identified as FBI Item 1B73, ORC028248, 18-006-03A_8;
21     (8) An Ultra tower computer, further identified as FBI Item
22         1B67, ORC02850, 18-006-03A_10; and
23     (9) An Iomega external hard drive, further identified as FBI
24         Item 1B67, ORC028251, 18-006-03A_11.
25     Pursuant to this stipulation, the parties agree that any and all
26 electronic files and documents found on the above devices may be
27 admitted into evidence, subject to non-foundational objections, i.e.,
28

1 | all objections other than authentication, identification, and chain
2 | of custody.
3 |      IT IS SO STIPULATED.
4 | Dated: MAY 16, 2019        Respectfully submitted,
5 |                            NICOLA T. HANNA
                               United States Attorney
6 |
7 |                            PATRICK R. FITZGERALD
                               Assistant United States Attorney
                               Chief, National Security Division
8 |
9 |                            _____
                               JUDITH A. HEINZ
10 |                           JAMES C. HUGHES
                               WILLIAM M. ROLLINS
11 |                           MELANIE SARTORIS
                               KHALDOUN SHOBAKI
12 |                           Assistant United States Attorneys
13 |                           Attorneys for Plaintiff
                               UNITED STATES OF AMERICA
14 |
15 | Dated: May 16, 2019
16 |                           _____
                               YI-CHI SHIH
17 |                           Defendant
18 | Dated: MAY 16, 2019
19 |                           _____
                               JAMES W. SPERTUS
20 |                           JOHN HANUSZ
                               CHRISTA L. CULVER WASSERMAN
21 |                           Spertus, Landes & Umhofer, LLP
22 |                           Attorneys for Defendant
                               YI-CHI SHIH

3