# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | LA CR18-00050(B) JAK | Date | May 16, 2019 |
| Present: The Honorable | John A. Kronstadt, United States District Judge | | |
| Interpreter | N/A | | |

| Andrea Keifer | Alex Joko (first)<br>Cindy Nirenberg (second) | Melanie A. H. Sartoris; Judith A. Heinz;<br>Khaldoun Shobaki; William Rollins;<br>James C. Hughes |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Yi-Chi Shih | | X | X | James W. Spertus; John Hanusz;<br>Christa L. Wasserman (Culver) | X | | X |

\_\_\_ Day COURT TRIAL       2nd Day JURY TRIAL       \_\_\_ Death Penalty Phase

\_\_\_ One day trial;   \_\_\_ Begun (1st day);   X  Held & continued;   \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.

X  Opening statements made  by the Government and Defendant

X  Witnesses called, sworn and testified.

X  Exhibits identified        X  Exhibits admitted

\_\_\_ Government rests.     \_\_\_ Defendant(s) _____ rest.

\_\_\_ Motion for mistrial by _____ is \_\_\_ granted  \_\_\_ denied  \_\_\_ submitted

\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_ granted  \_\_\_ denied  \_\_\_ submitted

\_\_\_ Closing arguments made   \_\_\_ Court instructs jury   \_\_\_ Bailiff sworn

\_\_\_ Clerk  reviewed  admitted  exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

\_\_\_ Alternates excused   \_\_\_ Jury retires to deliberate   \_\_\_ Jury resumes deliberations

\_\_\_ Finding by Court as follows:   \_\_\_ Jury Verdict as follows:

Dft # \_\_\_  Guilty on count(s) \_\_\_\_   \_\_\_ Not Guilty on count(s) \_\_\_\_

\_\_\_ Jury polled   \_\_\_ Polling waived

\_\_\_ Filed Witness & Exhibit lists   \_\_\_ Filed Jury notes   \_\_\_ Filed Jury Instructions   \_\_\_ Filed Jury Verdict

\_\_\_ Dft # \_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

\_\_\_ Dft # \_\_\_ remanded to custody.   \_\_\_ Remand/Release \_\_\_ issd.   Dft # \_\_\_ released from custody.

\_\_\_ Bond exonerated as to Dft # \_\_\_\_

X  Case continued to  May 17, 2019 at 8:30 am  for further trial/further jury deliberation.

X  Other:  The Court confers with counsel regarding Alternate Juror Marc B (Juror 204261479). The Court has been informed that he has a flat tire and will be considerably late. The Court takes a recess so that the Clerk can contact Marc B to get more information. The hearing resumes. The Court reports that the contact was not able to be made with Marc B. Counsel confer to determine how they wish to proceed. Counsel agree that they will proceed without

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

Marc B. Accordingly, the Court excuses Marc B.

**IT IS SO ORDERED.**

cc: Jury Department

                                                                                     4     :     05

Initials of Deputy Clerk    ak