# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | LA CR18-00050(B) JAK |
| Date | May 17, 2019 |
| Present: The Honorable | John A. Kronstadt, United States District Judge |
| Interpreter | N/A |

| Andrea Keifer | Alex Joko (first) / Cindy Nirenberg (second) | Melanie A. H. Sartoris; Judith A. Heinz; Khaldoun Shobaki; William Rollins; James C. Hughes |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Yi-Chi Shih | | X | X | James W. Spertus; John Hanusz; Christa L. Wasserman (Culver) | X | | X |

|   | Day COURT TRIAL | 3rd | Day JURY TRIAL |   | Death Penalty Phase |
|---|---|---|---|---|---|
|   | One day trial; |   | Begun (1st day); | X | Held & continued; |   | Completed by jury verdict/submitted to court. |
|   | The Jury is impaneled and sworn. |
|   | Opening statements made |
| X | Witnesses called, sworn and testified. |
| X | Exhibits identified    X   Exhibits admitted |
|   | Government rests.    Defendant(s) rest. |
|   | Motion for mistrial by ____ is ____ granted ____ denied ____ submitted |
|   | Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted |
|   | Closing arguments made    Court instructs jury    Bailiff sworn |
|   | Clerk ____ reviewed ____ admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings. |
|   | Alternates excused    Jury retires to deliberate    Jury resumes deliberations |
|   | Finding by Court as follows:    Jury Verdict as follows: |
| Dft # ____ Guilty on count(s) ____    Not Guilty on count(s) ____ |
|   | Jury polled    Polling waived |
|   | Filed Witness & Exhibit lists    Filed Jury notes    Filed Jury Instructions    Filed Jury Verdict |
|   | Dft # ____ Referred to Probation Office for Investigation & Report and continued to ____ for sentencing. |
|   | Dft # ____ remanded to custody.    Remand/Release ____ issd.    Dft # ____ released from custody. |
|   | Bond exonerated as to Dft # ____ |
| X | Case continued to    May 21, 2019 at 8:30 am    for further trial/further jury deliberation. |
| X | Other:    The Court confers with counsel regarding the disputed exhibits. Counsel report that they have been working together in an effort to resolve the disputes. To the extent there disputes that remain, counsel shall email the Clerk |
|   | /// |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

today and inform her of the parties' positions on whether a hearing on May 20, 2019 would be productive. If a hearing is requested, counsel shall attach to the email a list of the exhibits that remain in dispute that will be offered on May 22, 2019.

**IT IS SO ORDERED.**

                                                                                                    6 : 05

Initials of Deputy Clerk    ak