NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Counsel, National Security Division
JAMES C. HUGHES (Cal. Bar No. 263878)
Assistant United States Attorney
Tax Division
MELANIE SARTORIS (Cal. Bar No. 217560)
WILLIAM M. ROLLINS (Cal. Bar No. 287007)
Assistant United States Attorneys
Terrorism and Export Crimes Section
KHALDOUN SHOBAKI (Cal. Bar No. 232864)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:    (213) 894-7280/5615/7407/0759
     Facsimile:    (213) 894-2927
     E-mail:  judith.heinz@usdoj.gov
              james.hughes2@usdoj.gov
              melanie.sartoris@usdoj.gov
              william.rollins@usdoj.gov
              khaldoun.shobaki@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-50(B)-JAK |
|---|---|
| Plaintiff, | GOVERNMENT'S SUBMISSION OF RESPONSES TO DEFENDANT'S OBJECTIONS TO EXHIBITS EXPECTED TO BE INTRODUCED ON MAY 28, 2019 DURING DIRECT EXAMINATION OF SPECIAL AGENT BERGER; ATTACHMENT A |
| v. | |
| YI-CHI SHIH, aka "Yichi Shih," aka "Yuqi Shi," et al, | |
| Defendants. | |

1    Attached hereto is a chart listing what it believes are the
2 disputed exhibits that the government will seek to introduce at trial
3 on May 28, 2019, during the direct examination of Special Agent
4 Robert Berger.  The attached chart sets forth the exhibit numbers, a
5 description of the exhibits, the defendant's objections, and the
6 government's responses.
7    The government sent a list of these disputed exhibits to the
8 defense on Sunday, May 26, 2019, at approximately 9:10 a.m., and
9 requested an update on defense objections.  As of Monday, May 27,
10 2019, at approximately 7:09 p.m., the government had received no
11 update.
12   With respect to exhibits to which defendant has previously
13 stated he has no objection, the government will seek the Court's
14 authorization to admit those before direct examination begins in the
15 interest of expediency and conserving trial time.

Dated:  May 27, 2019                Respectfully submitted,

                                    NICOLA T. HANNA
                                    United States Attorney

                                    PATRICK R. FITZGERALD
                                    Assistant United States Attorney
                                    Chief, National Security Division

                                          /s/
                                    JUDITH A. HEINZ
                                    JAMES C. HUGHES
                                    MELANIE SARTORIS
                                    WILLIAM M. ROLLINS
                                    KHALDOUN SHOBAKI
                                    Assistant United States Attorneys