# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | LA CR18-00050(B) JAK | Date | May 28, 2019 |
| Present: The Honorable | John A. Kronstadt, United States District Judge | | |
| Interpreter | N/A | | |

| Andrea Keifer | Miriam Baird (first) / Alex Joko (second) | Melanie A. H. Sartoris; Judith A. Heinz; Khaldoun Shobaki; William Rollins; James C. Hughes |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Yi-Chi Shih | | X | X | James W. Spertus; John Hanusz; Christa L. Wasserman (Culver) | X | | X |

|   | Day COURT TRIAL | 6th | Day JURY TRIAL |   | Death Penalty Phase |
|---|---|---|---|---|---|
|   | One day trial; |   | Begun (1st day); | X | Held & continued;    Completed by jury verdict/submitted to court. |

- ___ The Jury is impaneled and sworn.
- ___ Opening statements made
- X   Witnesses called, sworn and testified.
- X   Exhibits identified    X   Exhibits admitted
- ___ Government rests.    ___ Defendant(s) ___ rest.
- ___ Motion for mistrial by ___ is ___ granted ___ denied ___ submitted
- ___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted
- ___ Closing arguments made    ___ Court instructs jury    ___ Bailiff sworn
- ___ Clerk   reviewed   admitted   exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.
- ___ Alternates excused    ___ Jury retires to deliberate    ___ Jury resumes deliberations
- ___ Finding by Court as follows:    ___ Jury Verdict as follows:
- Dft # ___   ___ Guilty on count(s)    ___ Not Guilty on count(s)
- ___ Jury polled    ___ Polling waived
- ___ Filed Witness & Exhibit lists    ___ Filed Jury notes    ___ Filed Jury Instructions    ___ Filed Jury Verdict
- Dft # ___ Referred to Probation Office for Investigation & Report and continued to ___ for sentencing.
- Dft # ___ remanded to custody.    Remand/Release ___ issd.    Dft # ___ released from custody.
- ___ Bond exonerated as to Dft # ___
- X   Case continued to May 29, 2019 at 8:30 am for further trial/further jury deliberation.
- X   Other: The Court confers with counsel regarding the Motion to Compel Discovery and Limit Improper Cross-Examination (Dkt. 483) and briefing. Dkt. 481, 484. These matters will be considered in the context of the evidence that is offered as to the authenticity and chain of custody of the Wafers. The Court will have a hearing outside the

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

presence of the jury with respect to the chain of custody of the Wafers (Exhibits 3638, 3639 and 3640), including as to the Government's contention that one of them may have been altered in some manner, and that the boxes in which they were located were inspected during the search of the residence. Defense counsel reports that his legal assistant would be returning from vacation next week and would be available to testify as to the chain of custody. Counsel shall confer to determine whether they can agree on a date and time for the hearing at which necessary witnesses will be available.

**IT IS SO ORDERED.**

                                                                            6 : 00

Initials of Deputy Clerk   ak