UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | LA CR18-00050 JAK | Date | June 4, 2019 |
|---|---|---|---|

| Present: The Honorable | John A. Kronstadt, United States District Judge |
|---|---|
| Interpreter | N/A |

| | | Not Present: Melanie Sartoris; Judith A. Heinz; Khaldoun Shobaki; William Rollins; James C. Hughes |
|---|---|---|
| Andrea Keifer | Not Reported | |
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Yi-Chi Shih | Not | | X | James W. Spertus; John Hanusz; Christa L. Wasserman (Culver) | Not | | X |

**Proceedings:** **(IN CHAMBERS) ORDER RE DEFENDANT'S REQUEST TO ADMIT ADDITIONAL EXCERPTS OF POST-ARREST STATEMENT PURSUANT TO FED. R. EVID. 106**

Defendant seeks to introduce portions of his post-arrest statement under Fed. R. Evid. 106. Based on a review of the positions presented by the parties (Dkt. 482, 483, 496, 500, 501), the Court rules as follows as to the admissibility of the disputed excerpts under Fed. R. Evid. 106:[1]

- 146:1-148:16: **Not admissible**
- 33:1-13: **Admissible**
- 37:8-9: **Admissible**
- 53:6-65:9: **Admissible in part; 54:2-65:9 admissible, but not 53:2-54:1**
- 73:18-74:7: **Admissible in part; 73:18-74:4 admissible, but not 74:5-7**
- 150:12-152:8: **Not admissible**
- 26:15-29:7: **Admissible in part; 28:6-29:7 admissible, but not 26:15-28:5**
- 71:19-73:17: **Not admissible**
- 90:7-95:9: **Admissible in part; 92:12-93:8 admissible, but not 90:7-92:11 or 93:9-95:9**
- 108:14-110:16: **Not admissible**
- 117:16-122:16: **Admissible in part; 118:18-119:8 and 119:12-121:15 admissible, but not 117:16-118:17 or 119:9-11 or 121:16-122:16**

---

[1] Page and line numbers are based on the version of the statement that was lodged on May 30, 2019. Dkt. 496. The rulings are stated in the sequence presented in the summary chart lodged by Defendant on June 3, 2019 (Dkt. 500). The Government's responsive chart (Dkt. 501) has also been reviewed in connection with the determinations made through this Order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

- 145:18-23: **Admissible**
- 148:17-150:11: **Admissible in part; 148:17-21 admissible, but not 148:21-150:11**
- 9:20-12:9: **Not admissible**
- 74:8-77:17: **Admissible in part; 76:5-10 and 77:7-15 admissible, but not 74:8-76:4 or 76:11-77:6 or 77:16-17**
- 129:17-133:8: **Admissible in part; 133:5-10 admissible (and 133:9-10 shall be included), but not 129:17-133:4**
- 141:18-142:8: **Admissible**
- 48:19-50:17: **Not admissible**
- 53:2-5: **Not admissible**
- 69:4-71:18: **Not admissible**
- 77:18-81:9: **Admissible in part; 78:14-79:12 admissible, but not 77:18-78:13 or 78:13-81:9**
- 84:6-86:13: **Not admissible**
- 110:17-115:6: **Not admissible**
- 116:1-117:15: **Admissible in part; 116:3-6 admissible (based on Government's introduction of 124:15-127:17), but not 116:1-2 or 116:7-117:15**
- 128:7-129:16: **Admissible (as context for 124:15-127:17)**

These rulings are provided at this time to expedite the process by which any admitted portions can be prepared for presentation without delaying the trial proceedings.

**IT IS SO ORDERED**.

:
Initials of Deputy Clerk   ak