# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | LA CR18-00050(B) JAK |
| Date | June 5, 2019 |
| Present: The Honorable | John A. Kronstadt, United States District Judge |
| Interpreter | N/A |

| Andrea Keifer | Lisa Gonzalez | Melanie A. H. Sartoris; Judith A. Heinz; Khaldoun Shobaki; William Rollins; James Hughes |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Yi-Chi Shih | | X | X | James W. Spertus; John Hanusz; Christa L. Wasserman (Culver) | X | | X |

|   | Day COURT TRIAL | 10th | Day JURY TRIAL |   | Death Penalty Phase |
|---|---|---|---|---|---|
|   | One day trial; |   | Begun (1st day); | X | Held & continued; |   | Completed by jury verdict/submitted to court. |

    The Jury is impaneled and sworn.

    Opening statements made

X    Witnesses called, sworn and testified.

X    Exhibits identified    X    Exhibits admitted

    Government rests.    Defendant(s) rest.

    Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

    Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

    Closing arguments made    Court instructs jury    Bailiff sworn

    Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

    Alternates excused    Jury retires to deliberate    Jury resumes deliberations

    Finding by Court as follows:    Jury Verdict as follows:

Dft #    Guilty on count(s) _____    Not Guilty on count(s) _____

    Jury polled    Polling waived

    Filed Witness & Exhibit lists    Filed Jury notes    Filed Jury Instructions    Filed Jury Verdict

    Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

    Dft # _____ remanded to custody.    Remand/Release _____ issd.    Dft # _____ released from custody.

    Bond exonerated as to Dft # _____

X    Case continued to    June 6, 2019 at 11:30 am    for further trial/further jury deliberation.

X    Other: The Court confers with counsel at sidebar regarding Juror M.R. The Court excuses M.R. from the trial.

    The Court has reviewed the Defendant's Brief (Dkt. 509) in response to the June 4, 2019 Order. Dkt. 505. Counsel address the Court. The Court is not persuaded to exclude the testimony of Dr. David Sandison in its entirety. It is

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

the Court's expectation that the Government will ask the appropriate questions of Dr. Sandison consistent with its ruling.

The Court confers with Judy Chen outside the presence of the jury. Chen, who is an attorney, confirms that she understands her rights under the Fifth Amendment. She states that she waives her right to have counsel appointed to represent her with respect to the testimony she is prepared to give as a witness in this case.

**IT IS SO ORDERED.**

                                                            4 : 00

Initials of Deputy Clerk   ak