# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | LA CR18-00050(B) JAK | Date | June 25, 2019 |
| Present: The Honorable | John A. Kronstadt, United States District Judge | | |
| Interpreter | N/A | | |

| Andrea Keifer | Lisa Gonzalez | Judith A. Heinz; Khaldoun Shobaki; William Rollins; James Hughes |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Yi-Chi Shih | | X | X | James W. Spertus; John Hanusz; Christa L. Wasserman (Culver) | X | | X |

\_\_\_\_ Day <u>COURT TRIAL</u>    21st Day <u>JURY TRIAL</u>    \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;   \_\_\_\_ Begun (1st day);   X Held & continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made _____

\_\_\_\_ Witnesses called, sworn and testified.

\_\_\_\_ Exhibits identified   \_\_\_\_ Exhibits admitted

\_\_\_\_ Government rests.   \_\_\_\_ Defendant(s) _____ rest.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ deferred

\_\_\_\_ Closing arguments made   \_\_\_\_ Court instructs jury   \_\_\_\_ Bailiff sworn

\_\_\_\_ Clerk \_\_\_\_ reviewed \_\_\_\_ admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

\_\_\_\_ Alternates excused   \_\_\_\_ Jury retires to deliberate   X Jury resumes deliberations

\_\_\_\_ Finding by Court as follows:   \_\_\_\_ Jury Verdict as follows:

Dft # \_\_\_\_ Guilty on count(s) \_\_\_\_   \_\_\_\_ Not Guilty on count(s) \_\_\_\_

\_\_\_\_ Jury polled   \_\_\_\_ Polling waived

\_\_\_\_ Filed Witness & Exhibit lists   \_\_\_\_ Filed Jury notes   \_\_\_\_ Filed Jury Instructions   \_\_\_\_ Filed Jury Verdict

\_\_\_\_ Dft # \_\_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

\_\_\_\_ Dft # \_\_\_\_ remanded to custody.   \_\_\_\_ Remand/Release \_\_\_\_ issd.   Dft # \_\_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_

X Case continued to   June 26 2019 at 8:30 am   for further trial/further jury deliberation.

X Other:   The jury listens to the audio as requested in Jury Note #1.

Counsel have agreed on a statement to be read to the jury if there is a forfeiture phase. It shall be emailed to the Clerk.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

The Court confers with counsel regarding whether the Jury Instructions should be sealed when they are filed on the docket at the conclusion of the trial. Jury Instruction No. 5 contains information that is in the Stipulation that was filed under seal. Dkt. 550. Defense counsel takes no position. Government counsel requests that Jury Instruction No. 5 be sealed. The Court directs that redacted and unredacted versions of the Jury Instructions be filed at the conclusion fo the trial.

The Court has decided that it will not inform the Jury that it will be away until Friday, June 28, 2019, for the reasons stated on the record.

**IT IS SO ORDERED.**

|  | 1 | : | 10 |
|---|---|---|---|
| Initials of Deputy Clerk | ak | | |